IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEDEFIS, INC.,<br><br>               Plaintiff,<br><br>vs.<br><br>ATLAS MEDSTAFF LLC, SILVER CUP FUNDING LLC, HMF CAPITAL GROUP, INC., and P2BINVESTOR, INC.,<br><br>               Defendants. | **8:19CV377**<br><br>**ORDER** |

Upon review of Plaintiff Medefis' Amended Motion for Leave to Deposit Funds in the Court's Registry (Filing No. 20),

**IT IS ORDERED:**

1. Plaintiff Medefis' Amended Motion for Leave to Deposit Funds in the Court's Registry (Filing No. 20) is granted;

2. On or before September 20, 2019, Medefis shall deposit the proceeds related to Meridian's contracts in the amount of $200,175.14 with the Clerk of the Court for the United States District Court for the District of Nebraska; and

3. The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this Court under 28 U.S.C. § 2041 and NECivR 67.1.

Dated this 17th day of September, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge