IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEDEFIS, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>ATLAS MEDSTAFF LLC, SILVER CUP FUNDING LLC, HMF CAPITAL GROUP, INC., and P2BINVESTOR, INC.,<br><br>                    Defendants. | 8:19CV377<br><br>**ORDER** |

       This matter is before the Court on the Motion to Withdraw as Counsel (Filing No. 31) filed by Glenn H. Stevens, counsel for P2Binvestor, Inc. Counsel represents that P2Binvestor or its successor in interest intends to have different counsel represent it in this matter, although that counsel has not yet entered an appearance. Accordingly,

    **IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (Filing No. 31) is granted. Glenn H. Stevens shall be permitted to withdraw from his representation of P2Binvestor, Inc.

2. Mr. Stevens shall immediately serve copies of this Order on P2Binvestor, Inc., and thereafter file proof of service showing compliance with this Order, listing the names and addresses of the persons to whom notice was sent. Mr. Stevens will not be relieved of applicable duties to the Court, his client, and opposing counsel until such proof of service is filed.

3. Because P2Binvestor, Inc., cannot litigate in this forum without representation by licensed counsel, *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 347-48 (8th Cir. 1994), on or before **December 2, 2019**, P2Binvestor, Inc., shall obtain the services of new counsel and have that attorney file an appearance on its behalf. If substitute counsel does not enter an appearance on behalf of P2Binvestor, Inc., by that date, the Court may file an entry and/or judgment of default against it without further notice.

    Dated this 1st day of November, 2019.

                                                               BY THE COURT:

                                                              s/ Michael D. Nelson
                                                              United States Magistrate Judge