IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEDEFIS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ATLAS MEDSTAFF LLC, SILVER CUP FUNDING LLC, HMF CAPITAL GROUP, INC., and P2BINVESTOR, INC., <br><br> Defendants. | 8:19CV377 <br><br> **ORDER** |

On November 1, 2019, the Court entered an Order permitting counsel for P2Binvestor, Inc., to withdraw from his representation of P2Binvestor, Inc. ([Filing No. 32](#)). Withdrawing counsel filed a Certificate of Service certifying he provided a copy of the Court's Order to P2Binvestor, Inc.'s general counsel by email. ([Filing No. 33](#)). The Order informed P2Binvestor, Inc., that it cannot appear unrepresented in this court without licensed counsel. See *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993) ("[A] corporation may appear in the federal courts only through licensed counsel."). Therefore, the Court ordered P2Binvestor, Inc. to obtain the services of new counsel and have that counsel enter an appearance on its behalf by December 2, 2019. Counsel did not enter an appearance for P2Binvestor, Inc. by that deadline. On December 3, 2019, the Court again ordered that licensed counsel must enter an appearance on behalf P2Binvestor, Inc. by December 17, 2019. The Court warned P2Binvestor, Inc. that, if it failed to obtain licensed counsel, the Court "will recommend dismissal of P2Binvestor, Inc. as a party, recommend entry and/or judgment of default against it, and recommend dismissal of P2Binvestor, Inc.'s Counterclaim." ([Filing No. 44](#)). However, upon review of the docket, it is unclear whether P2Binvestor, Inc. received notice of the Court's orders. Accordingly,

**IT IS ORDERED**:

1. On or before **January 2, 2020,** licensed counsel must enter an appearance on behalf of P2Binvestor, Inc. If substitute counsel does not enter an appearance on behalf of P2Binvestor, Inc., by that date, the Court will recommend entry and/or judgment of default against it, and recommend dismissal of P2Binvestor, Inc.'s Counterclaim. See *[Knoefler v. United Bank of Bismarck](#)*, 20 F.3d 347, 347-48 (8th Cir. 1994).

2. The Clerk of Court shall mail notice of this Order to P2BInvestor, Inc. at 1732 Wazee, Ste. 202, Denver, CO 80202 and electronically mail notice to [cstanton@p2bi.com](mailto:cstanton@p2bi.com).

Dated this 18th day of December, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge