IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEDEFIS, INC.,<br><br>        Plaintiff/Counter-Defendant,<br><br>vs.<br><br>ATLAS MEDSTAFF LLC, SILVER CUP FUNDING LLC, HMF CAPITAL GROUP, INC.,<br><br>        Defendants,<br><br>and P2BINVESTOR, INC.,<br><br>        Defendant/Counter-Claimant,<br><br>and<br><br>P2Bi Holdings LLC,<br><br>        Intervenor. | 8:19CV377<br><br>**ORDER** |

Upon review of Plaintiff's Unopposed Motion for Leave to Deposit Additional Funds in the Court's Registry ([Filing No. 56](#)),

**IT IS ORDERED:**

1. Plaintiff's Unopposed Motion for Leave to Deposit Additional Funds in the Court's Registry ([Filing No. 56](#)) is granted;

2. On or before January 27, 2020, Plaintiff shall deposit the additional amount of $25,870.58 with the Clerk of the Court for the United States District Court for the District of Nebraska; and

3. The Clerk is directed to deposit the aforementioned funds into the same interest-bearing account established by the Court's prior Orders ([Filing No. 17](#); [Filing No. 21](#)) until further order of this Court under 28 U.S.C. § 2041 and NECivR 67.1.

Dated this 13th day of January, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge