IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEDEFIS, INC., | |
| Plaintiff, | 8:19CV377 |
| vs. | AMENDED MEMORANDUM AND ORDER |
| ATLAS MEDSTAFF LLC, and P2BINVESTOR, INC., | |
| Defendants. | |

This matter is before the Court on the Parties' Joint Motion for Judgment, ECF No. 85. For the following reasons, the motion will be granted.

## BACKGROUND

Medefis, Inc. (Medefis) brought this interpleader action on August 27, 2019, due to competing claims to certain funds that were paid or to be paid to Medefis. Compl., ECF No. 1. Medefis provides a vendor management system to hospitals and other healthcare provider organizations to assist in certain administrative functions. Medefis assists these healthcare organizations to obtain contingent labor from third-party staffing vendors. In these transactions, Medefis acts as a pass-through for payments from the healthcare organizations to the third-party staffing vendors, taking an agreed-upon fee for its services.

Meridian Staffing Inc. (Meridian) is a third-party staffing vendor who provided contingent labor to various healthcare organizations through Medefis's platform. For the performance of these services, Medefis has since received $226,045.72 and may receive future payments.

Medefis learned that Meridian assigned or sold its receivables. As a result of this assignment or sale, Medefis received competing claims to the funds received on Meridian's behalf from several entities, including Complete Business Solutionsgroup, Inc. (CBSG); Silver Cup Funding LLC; HMF Capital Group, Inc.; and P2BInvestor, Inc./P2Bi Holdings, LLC. (P2Bi).[1] Medefis did not receive a request from Atlas Medstaff LLC (Atlas) but learned that Atlas also purchased rights to Meridian's receivables. The total amount requested by the claimants exceeded the amount Medefis would receive on Meridian's behalf. CBSG was voluntarily dismissed from this action on September 5, 2019. Only Atlas and P2Bi have appeared.

On June 26, 2020, Medefis, Atlas, and P2Bi jointly filed a Motion for Entry of Judgment. ECF No. 85.

## DISCUSSION

Medefis has deposited $226,045.72 with the Court that Medifis received as a passthrough for Meridian. After negotiations, the parties determined that P2Bi has a superior claim to the funds pursuant to a Financing and Security Agreement dated December 13, 2017, and a financing statement filed under the Uniform Commercial Code on March 25, 2015. All parties that have appeared in this action agree P2Bi has a senior interest in the funds.

Medefis requests to be discharged from liability with respect to the subject matter of this interpleader action, provided Medefis continues to pay any future funds it receives related to this action to P2Bi Holdings, LLC. The parties all agree with this request.

---

[1] P2Bi Holdings, LLC, acquired substantially all the assets of P2BInvestor, Inc., including its rights to Meridian's receivables, and the Court granted P2Bi Holdings, LLC, leave to join this action as an intervenor on December 18, 2019. ECF No. 51.

Therefore, Medefis will be discharged of liability pursuant to 28 U.S.C. § 2361, provided it continues to pay P2Bi funds as outlined above.

Medefis also requests reasonable attorneys' fees and costs in the amount of $2,761. This amount is reasonable, and Medefis is entitled to reasonable attorneys' fees and costs as "(1) a disinterested stakeholder, (2) who had conceded liability, (3) has deposited the funds with the court, and (4) has sought a discharge from liability." *Progressive Universal Ins. Co. v. L.P.*, No. 4:13CV3032, 2013 WL 1820997, *1 (D. Neb. Apr. 30, 2013). This payment and amount are also agreed to among the parties. Accordingly,

IT IS ORDERED:

1. Upon receipt of a Form W-9 by Medefis, Inc.; P2Bi Holdings, LLC; and, if receiving funds on behalf of their clients, counsel for the parties, the funds on deposit with the Court are to be disbursed accordingly:

    a. The Clerk of Court shall release the sum of $2,761.00 to Medefis, Inc. via check payable to Hilgers Graben PLLC, c/o:

    > Hilgers, Graben Law Firm
    > Attn: Michael T. Hilgers
    > 575 Fallbrook Boulevard
    > Suite 202
    > Lincoln, NE 68521

    b. The Clerk of Court shall release the balance of the interpleaded funds, including all accrued interest, to P2Bi Holdings, LLC via check payable to P2Bi Holdings, LLC, c/o:

    > Meridian Medical Staffing
    > c/o P2Bi Holdings, LLC
    > P.O. Box 173939
    > Denver, CO 80217-3939

2. Medefis is discharged from further liability as to the subject matter of this action, provided that Medefis must pay any future funds received relating to the subject matter of this action to P2Bi Holdings, LLC, by virtue of its senior security interest; and

3. A separate amended judgment will be entered.

Dated this 5th day of August 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge