# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEDEFIS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ATLAS MEDSTAFF LLC, and P2BINVESTOR, INC., <br><br> Defendants. | 8:19CV377 <br><br> **AMENDED JUDGMENT** |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. Upon receipt of a Form W-9 by Medefis, Inc.; P2Bi Holdings, LLC; and, if receiving funds on behalf of their clients, counsel for the parties, the funds on deposit with the Court are to be disbursed accordingly:

    a. The Clerk of Court shall release the sum of $2,761.00 to Medefis, Inc. via check payable to Hilgers Graben PLLC, c/o:

        Hilgers, Graben Law Firm
        Attn: Michael T. Hilgers
        575 Fallbrook Boulevard
        Suite 202
        Lincoln, NE 68521

    b. The Clerk of Court shall release the balance of the interpleaded funds, including all accrued interest, to P2Bi Holdings, LLC via check payable to P2Bi Holdings, LLC, c/o:

        Meridian Medical Staffing
        c/o P2Bi Holdings, LLC
        P.O. Box 173939
        Denver, CO 80217-3939

2. Medefis is discharged from further liability as to the subject matter of this action, provided that Medefis must pay any future funds received relating to the subject matter of this action to P2Bi Holdings, LLC, by virtue of its senior security interest.

Dated this 5th day of August, 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge